UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN RE: ) CASE NO. 14-33079
)
Lois Jean Callander )
) CHAPTER 13
)

## AMENDED CHAPTER 13 PLAN

I. The future earnings of debtor are submitted to the supervision and control of the trustee, and debtor shall pay to the trustee the sum of $690.00 per month for 60 months by a wage withholding order.

II. From the payments so received, the trustee shall make disbursements as follows:

1. All allowed priority claims entitled to priority under 11 USC 507 shall be paid in full during the plan. All allowed administrative claims shall be paid in full. Trustee's fees shall be paid according to statute. The debtors have paid $155.00 directly to their attorney prior to filing. The Trustee will pay said attorney $3845.00 for a total of $4000.00

2. After the above payments, secured creditors whose claims are duly proved and allowed shall be treated as follows:

   (i) Notre Dame Credit Union has a security interest in debtor's house and will be paid according to the contract through the plan. Further, the allowed arrearage shall be paid through the plan with no interest. Upon completion of the plan, debtor shall resume payments according to the terms of the contract.

   (ii) St. Joe County Treasurer has an interest in the debtor's residence. Arrears will be paid at 8% interest. This will be paid by the mortgage company as it is escrowed into the mortgage payment.

   (iii) Mutual Bank has a security interest in debtor's real estate. This house is on a land contract with debtor's daughter. Debtor receives $578.00 per month, the exact amount of the mortgage payment, which is paid to Mutual Bank. These payments are current and will be paid outside the pan according to the contract.

3.  Non-administrative priority claims shall be paid after administrative and secured claims have been paid in full.

4.  All funds remaining after payments are made above shall be paid to unsecured creditors pro-rata pursuant to their allowed proof of claims.

III. **Debtor has no executory contracts.**

IV. All property shall remain property of the estate until dismissal or discharge. The debtor shall remain in possession of all property of the estate during the pendency of this case unless specifically provided herein [11 USC §1306(b)]. All secured creditors shall retain the liens securing their claims unless otherwise stated.

V. Debtor will turn over any combined State and Federal tax refund over $500.00.

Dated: 12/23/14

Sarah Wehrwein
Glaser & Ebbs
132 E. Berry Street
Fort Wayne, IN 46802
Counsel For Debtor